UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREY YUSHCHUK, | No. 2:20-cv-2137 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| ROBERT NEUSCHMID, | |
| Respondent. | |

Petitioner has requested a thirty-day extension of time to file and serve objections to the findings and recommendations that issued on April 4, 2022.[1] The current deadline to file objections is April 21, 2022. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 24) is granted; and

2. Petitioner shall have an additional thirty days, up to May 23, 2022, to file objections.

DATED: April 15, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that petitioner has failed to sign the motion as required by Federal Rule of Civil Procedure 11(a). Regardless, the motion will be granted. Petitioner is cautioned that all submissions to the court must be signed or they will be stricken from the record and not considered unless and until a signed copy is provided.

1