1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDREY YUSHCHUK,                        No.  2:20-cv-2137 KJM AC P

12              Petitioner,

13         v.                                 ORDER

14    ROBERT NEUSCHMID,

15              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18    corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19    provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 4, 2022, the magistrate judge filed findings and recommendations, which were

21    served on all parties and which contained notice to all parties that any objections to the findings

22    and recommendations were to be filed within fourteen days.  ECF No. 23.  Petitioner was granted

23    an extension of time to file objections to the findings and recommendations, which he has now

24    done.  ECF No. 26.

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

27    findings and recommendations to be supported by the record and by the proper analysis. The

28    court writes separately to add that by this action petitioner challenges a conviction he suffered in

1

1    2016 for second degree murder and misdemeanor driving under the influence of alcohol and with

2    a blood alcohol level at or above .08.  ECF No. 1 at 1.  The events giving rise to petitioner's

3    conviction occurred on November 14, 2012.  *Id*. at 7.  As the magistrate judge correctly found,

4    petitioner has made no showing that he has been diligent in pursuing the evidence he now seeks

5    to develop and present to the state courts during a stay of this action.

6            Accordingly, IT IS HEREBY ORDERED that:

7            1.  The findings and recommendations filed April 4, 2022 (ECF No. 23), are adopted in

8    full;

9            2.  Petitioner's motion to stay (ECF No. 19) is denied; and

10           3.  This matter is referred back to the assigned magistrate judge for all further pretrial

11   proceedings.

12   DATED:  January 12, 2023.

13

14   _____
     CHIEF UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28