UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREY YUSHCHUK,

    Petitioner,

    v.

ROBERT NEUSCHMID,

    Respondent.

No.  2:20-cv-2137 DJC AC P

ORDER

    Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 22, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 29.  Petitioner filed objections to the findings and recommendations (ECF No. 30) and requested a certificate of appealability (ECF No. 31).

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 29) are adopted in full;

2. The petition for writ of habeas corpus is denied;

3. The request for a certificate of appealability (ECF No. 31) referenced in 28 U.S.C. § 2253 is denied as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2); and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 17, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE